Case No.  2:18-CV-06223-DSF (KS)                                              Date: June 23, 2021

Title   *Jay David Peppler v. Warden*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

|  Narissa Naval-Estrada  |  N/A  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On July 18, 2018, Petitioner, a California state prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") pursuant to 28 U.S.C. § 2254.  (Dkt. No. 1.)  On August 16, 2018, Petitioner requested a *Rhines* stay (Dkt. No. 5), which the Court granted on August 20, 20218 (Dkt. No. 6).  The Court ordered Petitioner to file, *inter alia*, status reports advising the Court of the status of his state habeas proceeding every 45 days.  (Dkt. No. 6.; *see also* Dkt. No. 33)  Petitioner last filed a status report on April 15, 2021.  (Dkt. No. 39.)  Accordingly, his next status report was due on May 30, 2021.

More than three weeks have now passed since Petitioner's May 30, 2021 deadline for filing a status report, and Petitioner has neither filed a status report nor otherwise communicated with the Court about his case.  Accordingly, Petitioner is **ORDERED TO SHOW CAUSE** no later than July 14, 2021, why this case should not be dismissed for his failure to prosecute and comply with the Court's prior Order.

To discharge this Order and proceed with this action, Petitioner must file <u>one</u> of the following **on or before July 14, 2021**:

(1) a status report describing the current state of the relevant proceedings in state court; or
(2) a request for an extension of time that establishes good cause supported by competent evidence for Petitioner's failure to file a status report on or before May 30, 2021.

Alternatively, if Petitioner no longer wishes to proceed with this case, he may file a signed document entitled "Notice of Dismissal" in which he requests the voluntary dismissal of this action without prejudice.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:18-CV-06223-DSF (KS)                                           Date: June 23, 2021

Title   *Jay David Peppler v. Warden*

**Petitioner is expressly cautioned that his failure to timely respond to this order may result in the Court vacating the stay *nunc pro tunc* and recommending dismissal of the action based on Local Rule 41-1 and Rule 41 of the Federal Rules of Civil Procedure.**

                                                                                              :
                                               **Initials of Preparer**      nne